UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COOPER, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>MASERATI NORTH AMERICA, INC.,<br><br>   Defendant. | Case No. 18-cv-06395-SK<br><br>**CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 21 |

Plaintiffs filed a notice of settlement in which they advised the Court that the above captioned matter has settled and that, as part of the settlement, the parties anticipate filing a stipulation of dismissal within ninety days. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within one hundred and twenty days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of one hundred and twenty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: June 17, 2019

_____
SALLIE KIM
United States Magistrate Judge